**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 17-51 (AET) |
| : | |
| ROBERT ARELLANO, : | **SCHEDULING ORDER** |
| ROBERT A. ELLIOTT, SR., : | |
| JUSTIN LOVE,, : | |
|   a/k/a "Jay," and : | |
| DAJWAN WARE, : | |
|   a/k/a "Juan" : | |

This matter having come before the Court for arraignment; and the United States, being represented by William E. Fitzpatrick, Acting United States Attorney for the District of New Jersey (by Kathleen P. O'Leary, Assistant U.S. Attorney, appearing); defendant Robert Arellano, being represented by Sam Bregman, Esq.; defendant Robert A. Elliott, Sr., being represented by Ronald Thompson, Esq.; defendant Justin Love, being represented by Wayne Powell, Esq.; and defendant Dajwan Ware, being represented by Thomas Ambrosio, Esq. (hereinafter, "the Defendants"); and the parties having met and conferred prior to arraignment and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

1

It is on this 19th day of July, 2017, ORDERED that:

1. The Government shall provide all discovery required by Federal Rule of Criminal Procedure 16(a)(1) on or before **August 17, 2017**.

2. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before **August 17, 2017**. Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3. The Defendants shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before **August 31, 2017**.

4. The Defendants shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before **August 31, 2017**.

5. The following shall be the schedule for pretrial motions in this matter:

   a) The Defendants shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before **November 1, 2017**;

   b) The Government shall file any response to the Defendants' pretrial motions on or before **November 27, 2017**;

   c) The Defendants shall file any replies on or before **December 4, 2017**;

      d) Oral argument on pretrial motions shall be held on __To be set.__ at ___ a.m./p.m.

_Mary L. Cooper_
Honorable Mary L. Cooper
United States District Judge