# ATTACHMENT A

**FCI FORT DIX**

**HEALTH SERVICES UNIT**

**ADMISSION AND ORIENTATION**
**Lesson Plan**
**Updated November, 2016**

## TABLE OF CONTENT

GENERAL GUIDELINE............................................: A&O ... 3

A.     LESSON STRATEGY......................................: A&O ... 3

B.     COURSE OBJECTIVES....................................: A&O ... 3

C.     LESSON PLAN.........................................: A&O ... 4

D.     TEACHING PLAN.......................................: A&O ... 4

PURPOSE......................................................: A&O ... 4

SCOPE........................................................: A&O ... 4

SERVICES.....................................................: A&O ... 5

SICK CALL APPOINTMENTS.......................................: A&O ... 5

EMERGENCY MEDICAL TREATMENT..................................: A&O ... 5

EVENING, WEEKEND, HOLIDAY SCHEDULE...........................: A&O ... 6

MEDICATIONS - PILL LINES.....................................: A&O ... 6

DENTAL EXAMINATIONS..........................................: A&O ... 6

PHYSICALS....................................................: A&O ... 6

UNAUTHORIZED VISITS..........................................: A&O ... 6

CALL-OUTS....................................................: A&O ... 7

PREA.........................................................: A&O ... 7

Complaints...................................................: A&O ... 7

Rights and Responsibilities..................................: A&O ... 7

General Discussion...........................................: A&O .. 10

HSU A&O Lesson Plan page 2

**1.   GENERAL GUIDELINE**

   **A.   LESSON STRATEGY**

During Admission and Orientation, new commitments are provided with guidelines on how to acquire medical/dental attention.  The information is presented verbally by a member of the medical staff designated by the Health Services Administrator.  The information necessary for admission and orientation to medical services at this institution is also provided in the "Inmate Handbook".

    1.   The manner in which health care services are acquired will be clearly described to the new commitments in order that they may have access to those services.

    2.   New commitments will become aware of the formal structure as it is designed for the provision of medical services equally to all inmates.

    3.   All inmates will be made aware that all inmates who wish to attend sick call are permitted to do so.

   **B.   COURSE OBJECTIVES**

    1.   Inmates will be advised of their right to access to medical care.

    2.   Inmates will be informed of the ways to acquire medical attention and dental care through sick call to include Co-payments.

    3.   Inmates will be advised of the way to obtain optometric attention.

    4.   Inmates will be informed of the availability of emergency medical care.

HSU A&O Lesson Plan page 3

    5.    Inmates will be informed of what they are to do in the event that they are injured.

    6.    Inmates will be advised of the procedure r regarding the dispensing of medication at the pharmacy pill lines.

### C.    LESSON PLAN

1. The right to medical attention.

2. Sick call (appointments) and Call out (appointments).

3. Dental care.

4. Optometric examinations.

5. Injuries and medical emergencies.

6. Annual physical exams, Biennial exams and pre-release exams.

7. Health Services Administration.

8. Medical staff.

9. Infectious disease (HIV-AIDS) and other infectious disease; (Hepatitis & Tuberculosis).

### D.    TEACHING PLAN

1. Lecture.

2. Question and answer.

3. Inmate handbook.

4. Patient's Rights.

## 2.    PURPOSE

The purpose of this procedure statement is to delineate, for the assigned medical staff member, the types of information

that must be covered in the A & O presentation at the
Federal Correctional Institution Fort Dix, NJ.

3.   **SCOPE**

Inmates newly designated to FCI, Fort Dix shall attend an A
& O lecture pertaining to Medical and Dental Services by an
assigned medical staff member, to inform new commitments and
transferee's concerning major medical functions, daily
practices, and  program  availability.    Also, at this
gathering, the most recent of a series of informative AIDS
videos will be shown.

4.   **SERVICES**

Primarily medical, dental and psychiatric services, are
rendered on an outpatient basis

In addition to the full time staff which consists of
Physicians, Mid-level Practitioners,  Administrators,
Dentists and ancillary staff support services are contracted
which includes Optometry, Surgery, Psychiatry, Urology,
Orthopedics, Podiatry, Dietary, Cardiology, Radiology and
Laboratory services.

In addition, support services are contracted. e.g.
Ophthalmology, Optometry, Orthopedics, Radiology, and
Internal Medicine.

Community hospitalization is available for those **requiring**
services beyond the limitations of the Health Services Unit.

5.   **SICK CALL APPOINTMENTS**

Inmates who wish routine medical or mental health care will
be present in Health Services between the hours of 6:10 am -
6:40 am on Monday, Tuesday, Thursday and Friday.  Note:
Wednesdays are set aside to perform physical examinations.
Appointment times will be prioritized according to severity
of each medical problem.  Inmates who arrive in Health
Services be triaged and placed on the call-out for an
appointment.  Dental sick-call will be triaged during the
same time period. Requests for routine dental care will be
scheduled upon receipt of a cop-out from the inmate.

HSU A&O Lesson Plan page 5

6.    **EMERGENCY MEDICAL TREATMENT**

Inmates who become ill after sick call appointment sign-up
must request the detail supervisor or unit officer to call
the medical department for assistance.  Emergencies or
injuries will be handled as they occur.  Outside emergency
medical care is available for those cases beyond the scope
of the Institution Health Services Unit.

7.    **EVENING, WEEKEND, HOLIDAY SCHEDULE**

Evenings, weekends and holidays are for the treatment of
acute medical problems <u>only</u>.  At least one of the medical
staff is on duty or on-call 24 hours a day, 7 days a week.

8.    **MEDICATIONS - PILL LINES**

Pill Line will be open at the following approximate times:

    6:05 am - 6:15 am (Insulin only)
    6:15 am - 7:00 am
    11:30 pm - 12:30 pm including self-carry med pick-up
    5:00 pm (Insulin only)
    5:15 pm - 7:00 pm

Pill line times may vary and may be adjusted to allow
inmates **necessary** access to Pill Lines.

9.    **DENTAL EXAMINATIONS**

Emergency dental appointments will be given during the
regular morning sick-call sign-up. For dental emergencies
outside regular sick call, the detail supervisor or unit
officer must contact the Dental Department for assistance.

Routine dental care should be requested by way of an
institution cop-out.

10.   **PHYSICALS**

Inmates designated to Fort Dix will be given a medical
screening during their in processing.  Complete History and

HSU A&O Lesson Plan page 6

Physicals for new commitments will be performed during the
first two 14 days at FCI, Fort Dix.


11. **UNAUTHORIZED VISITS**

Inmates are not permitted in the Health Services area unless
they are called in for an appointment or are assigned to the
Health Services detail.   Inmate work details are not
allowed in the Health Services Unit without direct
supervision.  Inmates must be **fully dressed** when in the
Health Services Unit.


12. **CALL-OUTS.**

It is imperative that you watch the call-outs daily so that
you do not miss any scheduled examinations/procedures.
Failure to attend a call-out could result in an incident
report.

13. **PREA**

There is a zero tolerance policy for sexual harassment,
abuse and assault. Inmates have several ways to report
including notifying any staff member, filing an
administrative remedy, sending an electronic message to
Department of Justice via TruLincs or a written letter to
Department of Justice. Detailed information is posted
throughout the institution, including your housing unit.

14. **Resolution of Complaints**

Inmates have the right to utilize the Administrative Remedy
process to formally address any healthcare related
complaints or issues. However, we encourage inmates to first
attempt informal resolution of any complaints prior to
submitting a Request for Administrative Remedy. This can be
done be speaking to Health Services Administrative Staff at
Main Line or attending one of Health Services Open Houses.

15. **PATIENT■S RIGHT**

While in the custody of the Federal Bureau of Prisons you
have the right to receive health care in a manner that
recognizes your basic human rights, and you also accept the
responsibility to respect the basic human rights of your

HSU A&O Lesson Plan page 7

health care providers.

1. *Right -You* have the right to health care services, in accordance with the procedures of this facility. Health services include medical sick call, dental sick call and all support services.  Normal sick call sign up at this facility is held on Monday, Tuesday, Thursday, and Friday between 0630 and 0645 hours. Emergency health care services are available 24  hours each  day,  and  are accessed  by  contacting  the correctional   worker responsible for you.

   *Responsibility -You* have the responsibility to comply with the health care policies of this facility.  You have the responsible to follow recommended treatment plans that have been established for you by the facility's health care staff, including proper use of medications, proper diet,  and  following  the instructions o~ your health care provider.

2. *Right - You* have the right to be offered the chance to obtain a Living Will (at your own expense), or to provide the Bureau of Prisons with Advance Directives that would provide the Bureau of Prisons with instructions if you are admitted as an inpatient of a hospital.

   *Responsibility-You* have the responsibility to provide the Bureau of Prisons with accurate informs- on to complete this agreement.

3. *Right -You* have the right to participate in health promotion and disease prevention programs, including those providing education regarding infectious diseases.

   *Responsibility-You* have the responsibility to maintain your health and not to endanger yourself, or others, by participating in activity that could result in the spreading or catching an infectious disease.

4. *Right-You* have the right to  know  the  name  and professional status of your health care providers.

   *Responsibility-You* have the responsibility to respect these providers as professionals and follow their instructions to maintain and improve your overall

HSU A&O Lesson Plan page 8

health.

5. *Right-You* have the right to be treated with
   respect, consideration, and dignity.

   *Responsibility – You* have the responsibility
   to treat staff in the same manner.
6. *Right – You* have the right to be
   provided with information regarding your
   diagnosis, treatment and prognosis.

   *Responsibility-You* have the responsibility to
   keep this information confidential.

   7. *Right-You* have the right to be examined
   in privacy.

   *Responsibility-You* have the responsibility to
   comply with security procedures.

8. *Right-You* have the right to obtain
copies of certain releasable portions of
your health record.

   *Responsibility-You* have the
   responsibility   of being familiar
   with the current policy to obtain
   these records.

9. *Right – You* have the right to
   address any concern regarding your
    health care to any member of
   the institution staff including the
   physicians, the Health Service
   Administrator, the members of your
   Unit Team, and the Warden.

   *Responsibility - You* have the responsibility
   to address your concerns in the accepted
   format, such as the *Inmate Request to Staff
   Member* form, open house, or the accepted
   *Inmate Grievance Procedures.*

 10. *Right-You* have the right to receive
   prescribed medications and treatments in a
   timely manner, consistent with the
   recommendations of the prescribing health

care provider.

*Responsibility-You* have the responsibility to comply with prescribed treatments and follow prescriptions orders.  You also have the responsibility not to provide any other person, or accept from any other person, medications or other prescribed items.

11. *Right-You* have the right to be provided healthy and nutritious food.  You have the right to instruction regarding a healthy diet.

*Responsibility-You* have the responsibility to eat healthy and not abuse or waste food or drink.

12. *Right-You* have the right to request a routine physical examination, as defined by Bureau of Prisons' Policy. (If you are under the age of 50, once every two years; if over the age of 50, once a year.)

*Responsibility-You* have the responsibility to notify medical staff that you wish to have an examination.

13. *Rights - You* have the right to dental care as defined in Bureau  of  Prisons'  Policy to  include  preventative services, emergency care and routine care.

*Responsibility-You* have the responsibility to maintain your oral hygiene and health.

14. *Right-You* have the right to a safe, clean and healthy environment, including smoke-free living areas.

*Responsibility-You* have the responsibility to maintain the cleanliness and safety in consideration of covers. You have   the responsibility   to   follow   smoking regulations.

15. *Right-You* have the right to refuse medical treatment in accordance with Bureau of

HSU A&O Lesson Plan page 10

Prisons' Policy.  Refusal of certain
diagnostic test for infectious diseases  can
result in administrative action against you.
 You have the right to be counseled regarding
the possible ill effects of re using medical
treatment.

*Responsibility-You* have the responsibility to
notify health services regarding any ill
effects that occur as a result of your
refusal. You also accept the responsibility
to sign the treatment refusal form.


**15.   GENERAL DISCUSSION**

At the close of the lecture, inmates in attendance are
allowed to discuss special individual medical problems and
pertinent Health Services policies not clearly understood
during the presentation.

HSU A&O Lesson Plan page 11